119-08/WLJ/JPG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
FREE WAVE SHIPPING COMPANY INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
William L. Juska (WJ 0772)
Jan P. Gisholt (JG 3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2153

-------------------------------------------------------------x
FREE WAVE SHIPPING COMPANY INC.,

                                  Plaintiff,         08 CIV.     (     )

   - against –

PRIME GLOBAL COMMODITIES TRADING
LIMITED,

                                Defendant.
-------------------------------------------------------------x

**RULE 7.1 STATEMENT**



      FREE WAVE SHIPPING COMPANY INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       March 4, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          FREE WAVE SHIPPING COMPANY INC.

   By:      _____
                          William L. Juska (WJ 0772)
                          Jan P. Gisholt (JG 3768)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Facsimile: (212) 425-1901

NYDOCS1/299897.1