(RJTT715)

119-08/WLJ/JPG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
FREE WAVE SHIPPING COMPANY INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)
Jan P. Gisholt (JG 3768)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FREE WAVE SHIPPING COMPANY INC.,

                       Plaintiff,

  - against –

PRIME GLOBAL COMMODITIES TRADING
LIMITED,

                       Defendant.
-----------------------------------------------------------x

08 CIV 2153 (PAC)

STIPULATION
OF DISMISSAL

      The Defendant not having appeared in this action, but the parties having entered into an Escrow Agreement to provide security for one another's claims, IT IS HEREBY STIPULATED by the undersigned attorneys for the Plaintiff that: (1) all funds restrained by any garnishee banks pursuant to the Process of Maritime Attachment and Garnishment issued in this case dated

NYDOCS1/303008.1

March 7, 2008 are hereby released from attachment and (2) the action be and the same is hereby discontinued pursuant to Rule 41(a)(1) without prejudice. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       April 18, 2008

>                   FREEHILL HOGAN & MAHAR, LLP
>                   Attorneys for Plaintiff
>                   FREE WAVE SHIPPING COMPANY INC.
>
>                   _/s/ William Juska_____
>                   William L. Juska, Jr.
>                   80 Pine Street
>                   New York, NY 10005
>                   Tel: (212) 425-1900 / Fax: (212) 425-1901

SO ORDERED: 4/18/08

_____
U.S.D.J.